IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

FILED
OCT 0 9 2008
Clerk, U.S. District Court
By: _mkmcd_ Deputy Clerk

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 08-20135-01-JWL-DJW |
| **CURTIS MORGAN**, | ) |
| Defendant. | ) |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about July 14, 2008, in the District of Kansas, the defendant,

**CURTIS MORGAN**,

knowingly and intentionally distributed more than five grams of a mixture and substance containing cocaine base (crack cocaine), a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii), within 1,000 feet of the real property comprising Bishop Ward High School, which is a private secondary school.

This was all in violation of Title 21, United States Code, Section 860(a).

## COUNT 2

On or about July 18, 2008, in the District of Kansas, the defendant,

**CURTIS MORGAN**,

knowingly and intentionally distributed more than five grams of a mixture and substance containing cocaine base (crack cocaine), a controlled substance, in violation of Title 21,

United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii), within 1,000 feet of the real property comprising Bishop Ward High School, which is a private secondary school.

This was all in violation of Title 21, United States Code, Section 860(a).

### COUNT 3

On or about July 30, 2008, in the District of Kansas, the defendant,

### CURTIS MORGAN,

knowingly and intentionally distributed more than five grams of a mixture and substance containing cocaine base (crack cocaine), a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii), within 1,000 feet of the real property comprising Bishop Ward High School, which is a private secondary school.

This was all in violation of Title 21, United States Code, Section 860(a).

A TRUE BILL.

Dated: 10-8-2008

_____ for
ERIC F. MELGREN
United States Attorney
District of Kansas
1200 Epic Center
301 North Main
Wichita, Kansas 67202
Ks. S. Ct. No. 12430

(It is requested that trial be held in Kansas City, Kansas.)

2

**PENALTIES:**

Counts 1 - 3:

- NLT 5 years imprisonment, NMT 80 years imprisonment;
- NMT $4,000,000.00 fine;
- NLT 8 years supervised release;
- $100 special assessment.

If the defendant has a prior conviction for a felony drug offense, the penalties are:

- NLT 10 years imprisonment, NMT life imprisonment;
- NMT $8,000,000.00 fine;
- NLT 8 years supervised release;
- $100 special assessment.