AO 442 (Rev. 10/03) Warrant for Arrest

# United States District Court

DISTRICT OF Kansas

FILED U.S. DISTRICT COURT DISTRICT OF KANSAS
2008 OCT 20 PM 12:55
Timothy M. O'Brien, CLERK
BY_____ DEPUTY
AT KANSAS CITY, KS

UNITED STATES OF AMERICA

V.

CURTIS MORGAN

SEALED
Unsealed

**WARRANT FOR ARREST**

CASE NUMBER: 08-20135-01-JWL-DJW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest CURTIS MORGAN
                                    Name

and bring him or her forwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her   (brief description of offense)

Distribution of crack within 1,000 feet of a school.

in violation of  21  United States Code, Section(s)  860(a)

Timothy M. O'Brien
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Marla Gonzales
Signature of Issuing Officer

October 10, 2008
Date and Location

KCK

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |
| US Marshals - KCK |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFII | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10-10-08 | | |
| DATE OF ARREST | Kelly D. Etner, ATF S/A | Kelly D. Etner, #4330 |
| 10-17-08 | | |